# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# DOCKET NO. 5:08CR10

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| DEVIN ROBERT CHURCH, ET AL. ) | |
|           **Defendants.** ) | |
| _____ ) | |

Leave of Court is hereby **GRANTED** for the dismissal of the Bill of Indictment as to Defendant **CARLOS MANUEL-DUARTE**, in the above-captioned case, without prejudice.

Because the detention order entered in the related case of *United States v. Manuel-Duarte* (5:08CR47) remains in effect, the defendant shall not be released upon entry of this Order. The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the United States Attorney's Office, the United States Marshals Service, and counsel for the defendant.

Signed: October 8, 2008

Richard L. Voorhees
United States District Judge